UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/10/2026

JOHN DOE,

              Plaintiff,

        -against-

WELLS FARGO, N.A.

           Defendant.

----------------------------------------------------------------X

1:26-cv-5807-GHW

ORDER

GREGORY H. WOODS, District Judge:

On July 8, 2026, Plaintiff filed this action and filed a motion to proceed under a pseudonym. Dkt. Nos. 1, 4.  Defendant must file an opposition to the motion to proceed under a pseudonym no later than 14 days after appearing in this case.  Plaintiff's reply, if any, is due no later than 7 days following service of Defendant's opposition.

       SO ORDERED.

Dated:  July 10, 2026

_____
GREGORY H. WOODS
United States District Judge